4 A.3d 610

ABINGTON BANK, Petitioner

v.

Beatrice ZITOMER, Respondent.

No. 85 EM 2010.

Supreme Court of Pennsylvania.

Sept. 17, 2010.

## ORDER

PER CURIAM.

AND NOW, this 17th day of September, 2010, the "Petition for Allowance of Appeal," treated as an Application for Relief per Pa.R.A.P. 123, is DENIED.